UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10327-RCL

| | |
|---|---|
| ONE BEACON AMERICA INSURANCE COMPANY, Plaintiff | } |
| | } |
| | } |
| v. | } |
| | } |
| EASTERN YACHT SALES, INC. | } |
| EASTERN YACHT SALES | } |
| OF RHODE ISLAND, INC. | } |
| ROBERT L. LUSSIER and RONALD LUSSIER | } |
| Defendants | } |

## ANSWER OF DEFENDANTS
## ROBERT L. LUSSIER AND RONALD LUSSIER
## TO COMPLAINT
## FOR DECLARATORY JUDGMENT

Defendants Robert L. Lussier and Ronald Lussier answer plaintiff's complaint for a declaratory judgment as follows:

1.      Admit.

2.      Admit.

3.      Deny.

4.      Admit.

5.      Admit.

6.      Admit.

7.      Admit.

8.      Deny.

9.      No response required.

10.     Deny.

11.    Admit.

12.    Admit.

13.    Admit.

14.    Deny.

15.    No response required.

16.    Deny.

17.    Admit.

18.    Admit.

19.    Admit.

20.    Deny.

21.    No response required.

22.    Deny.

23.    Admit.

24.    Admit.

25.    Admit.

26.    Deny.

27.    No response required.

28.    Deny.

29.    Admit.

30.    Admit.

31.    Admit.

32.    Deny.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The subject insurance policy requires that defense/indemnification coverage be provided to the named insureds in the matter of the fire loss sustained by the S/V Phoenix on or about December 3, 2003.

## SECOND AFFIRMATIVE DEFENSE

Defendants Lussier, as claimants under the subject insurance policy, have complied or substantially complied with all of the requirements of the subject insurance policy applicable to them, and are entitled to the benefits and protections of said insurance policy to the limits of coverage provided.

## THIRD AFFIRMATIVE DEFENSE

Defendants Lussier have suffered a loss which is an "occurrence" as defined by the subject policy of insurance resulting in "property damage" within the meaning of the subject insurance policy. Plaintiff is thus obligated to defend and/or indemnify its insured pursuant to the terms and conditions of the insurance policy.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's disclaimer of its duty to defend and indemnify its insured is a breach of contract and contrary to MGL Chapter 176D, MGL Chapter 93A, and other laws made and provided to prohibit unfair insurance practices. To the extent that defendants Lussier oppose said disclaimer and successfully assert coverage for the insured under said policy, defendants Lussier are entitled to an award of reasonable attorneys' fees and costs in this matter.

## JURY CLAIM

Defendants Lussier claim trial by jury.

WHEREFORE, defendants Lussier demand judgment enter in their favor declaring that plaintiff has a duty to defend and indemnify its insured in connection with the subject loss, and for other appropriate relief including an award of attorneys' fees and costs.

Defendants Lussier
By their attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: February 28, 2005

4