AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE    District of    MASSACHUSETTS

ONEBEACON AMERICA INSURANCE COMPANY,
    Plaintiff

           V.

EASTERN YACHT SALES, INC.,
EASTERN YACHT SALES OF RHODE ISLAND,
INC., ROBERT L. LUSSIER and
RONALD LUSSIER,
    Defendants.

**SUMMONS IN A CIVIL CASE**

**05    10327 RCL**

CASE NUMBER:

TO: (Name and address of Defendant)

    Eastern Yacht Sales of Rhode Island, Inc.
    222 Jefferson Blvd., Suite 200
    Warwick, RI   02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas J. Muzyka, Esquire
    Robert E. Collins, Esquire
    CLINTON & MUZYKA, P.C.
    One Washington Mall, Suite 1400
    Boston, MA 02108
    (617) 723-9165

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



 TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB 18 2005

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4 27 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard Bourque | Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): R/A Prentice Hall Corp
222 Jefferson Blvd #200        Richard
Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4 27 05___       _____
                Date            Signature of Server

**75 HOLBURN AVENUE**
**CRANSTON RI 02910**

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.