UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY**
      **Plaintiff,**

vs.

**EASTERN YACHT SALES, INC.,**
**EASTERN YACHT SALES OF RHODE ISLAND, Inc.,**
**ROBERT L. LUSSIER, and**
**RONALD LUSSIER**
      **Defendants.**

## MOTION FOR DEFAULT BY THE COURT

Pursuant to Rule 55 of Federal Rules of Civil Procedure, Plaintiff, OneBeacon Insurance Company, moves for entry of a default by the Court against Defendant, Eastern Yacht Sales of Rhode Island, Inc., for failure to file an Answer or otherwise respond to its Complaint as required by law.

**By its attorneys,**

**CLINTON & MUZYKA P.C.**

"/s/ Robert E. Collins
**Thomas J. Muzyka**
**BBO NO. 365540**
**Robert C. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: June 6, 2005