UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10327-RCL

ONEBEACON AMERICA INSURANCE COMPANY
Plaintiff

v.

EASTERN YACHT SALES OF RHODE ISLAND, INC.
Defendant

NOTICE OF DEFAULT

Upon application of the Plaintiff, ONEBEACON INSURANCE CO., for an order of Default for failure of the Defendants, EASTERN YACHT SALES of RHODE ISLAND, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on June 8, 2005.

Sarah A. Thornton
Clerk

By:  /s/ Lisa Hourihan
Deputy Clerk

Notice mailed to counsel of record and defendants.