# UNITED STATES DISTRICT COURT
## FOR THE   District of   MASSACHUSETTS

*Eastern Yacht Sales*

*TJM/REC*

ONEBEACON AMERICA INSURANCE COMPANY,
      Plaintiff

           V.

EASTERN YACHT SALES, INC.,
EASTERN YACHT SALES OF RHODE ISLAND, INC.,
ROBERT L. LUSSIER and RONALD LUSSIER,
      Defendants

**SUMMONS IN A CIVIL CASE**

# 05 - 10327 RCL

CASE NUMBER:

## RECEIVED

### JUN 1 0 2005

### CLINTON & MUZYKA, P.C.

TO: (Name and address of Defendant)
Eastern Yacht Sales, Inc.
~~335 Lincoln Street~~  c/o John F. Rotenberg
~~Hingham, MA~~  476 Heath Street
      Chestnut Hill, MA  02167

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Muzyka, Esquire
Robert E. Collins, Esquire
CLINTON & MUZYKA, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB 18 2005

6/7/05

| Service of the Summons and Complaint was made by me (1) | | DATE | June 07, 2005 |
|---|---|---|---|
| **NAME OF SERVER** | GERARD O'DONNELL JODREY | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~

_____

Said service was made at: _____ **476 HEATH STREET, CHESTNUT HILL** _____ , MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____

Duly Authorized Agent for the within-named _____

Said service was made at:

_____ , MASSACHUSETTS

---

### STATEMENT OF SERVICE FEES

| SERVICE FEE  $ | 34.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ **June 07, 2005** _____
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

---

**ADDITIONAL INFORMATION**
    PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| **ALSO SERVED:** | | | | $ _____ |
| PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO 28 U.S.C. s2201, ET . SEQ. | | | | $ _____ |
| AND F.R. CIV.P 27; CIVIL ACTION COVER SHEET. | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**          **Boston, MA 02109**          Fax #          (617) 720-5737