UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10327-RCL

ONEBEACON AMERICA INSURANCE COMPANY
    Plaintiff,

v.

EASTERN YACHT SALES, INC.,
EASTERN YACHT SALES OF RHODE ISLAND, INC.,
ROBERT L LUSSIER, and
RONALD LUSSIER,
    Defendants.

## PARTIALLY ASSENTED TO MOTION TO VACATE ENTRY OF DEFAULT

  NOW COMES the Defendant, Eastern Yacht Sales, of Rhode Island, Inc. (hereinafter referred to as the "Defendant"), and hereby moves this Honorable Court to vacate the entry of default against it.  As grounds therefor, Defendant states that there are genuine, triable issues between the parties and that no party will suffer prejudice should this motion be allowed nor will there be any undue delay in this case.  As further grounds therefor, Defendant states that this motion is assented to by the Co-Defendants, that Defendant's counsel attempted to contact Plaintiff's counsel to obtain its assent, but did not receive a reply, and an Answer has been filed jointly on behalf of the Defendants, Eastern Yacht Sales, Inc. and Eastern Yacht Sales of Rhode Island, Inc.

WHEREFORE, the Defendant, Eastern Yacht Sales of Rhode Island, Inc., respectfully requests that this Honorable Court vacate the default entered against it and accept the filing of its joint Answer with Co-Defendant, Eastern Yacht Sales, Inc.

Defendant,
Eastern Yacht Sales of Rhode Island, Inc.,
By its attorney,

/s/
WILLIAM B. GOLDEN, ESQ.
BBO # 198460
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA  02184
(781) 848-9610

Assented to:
Robert L. Lussier & Ronald Lussier,      Eastern Yacht Sales, Inc.,
By their attorney,                       By its attorney,

/s/                                      /s/
ROBERT G. COHEN, ESQ.                    WILLIAM B. GOLDEN, ESQ.
BBO #                                    BBO # 198460
Law Offices of Robert G. Cohen           Baker, Braverman & Barbadoro, P.C.
188 Oaks Road                            50 Braintree Hill Park, Suite 108
Framingham, MA  01702                    Braintree, MA  02184

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Defendant, Eastern Yacht Sales of Rhode Island, Inc.'s, Partially Assented to Motion to Vacate Entry of Default was served upon counsel of record for the parties at the following addresses in the following manner this 20th day of June 2005.

OneBeacon America Insurance Company:
**Electronically through the U.S.D.C. ECF filing:**

Robert E. Collins, Esq.
Thomas J. Muzyka, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA  02108


Robert L. Lussier & Ronald Lussier:
**By First Class Mail:**

Robert G. Cohen, Esq.
Law Offices of Robert G. Cohen
188 Oaks Road
Framingham, MA  01702


/s/
WILLIAM B. GOLDEN, ESQ.
BBO # 198460
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA  02184
(781) 848-9610