UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY**
        **Plaintiff,**

vs.

**EASTERN YACHT SALES, INC.,**
**EASTERN YACHT SALES OF RHODE ISLAND, Inc.,**
**ROBERT L. LUSSIER, and**
**RONALD LUSSIER**
        **Defendants.**

### PLAINTIFF'S ASSENT TO MOTION TO VACATE
### <u>ENTRY OF DEFAULT</u>

Now comes the plaintiff, OneBeacon Insurance Company, by its attorney and assents to the Motion to Vacate Entry of Default filed by Eastern Yachts Sales of Rhode Island, Inc.

**By its attorneys,**

**CLINTON & MUZYKA P.C.**

<u>"/s/ Robert E. Collins</u>
**Thomas J. Muzyka**
**BBO NO. 365540**
**Robert C. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  June 27, 2005