UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY**
       **Plaintiff,**

vs.

**EASTERN YACHT SALES, INC.,
EASTERN YACHT SALES OF RHODE ISLAND, Inc.,
ROBERT L. LUSSIER, and
RONALD LUSSIER**
       **Defendants.**

**PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM'S ANSWERS TO
COUNTERCLAIM OF EASTERN YACHT SALES, INC.
<u>AND EASTERN YACHT SALES OF RHODE ISLAND, INC.</u>**

Now comes the plaintiff/defendant-in-counterclaim, OneBeacon Insurance Company, and makes answer to Defendants/Plaintiffs-in-Counterclaim, Easter Yacht Sales, Inc. and Eastern Yacht Sales of Rhode Island, Inc., Counterclaim as follows:

<u>**COUNT I**</u>
(Violation of M.G.L. Chapter 93A)

1.    The allegations contained in paragraph 1 are statements of law to which no answer is required of this plaintiff/defendant-in-counterclaim.  To the extent an answer is required plaintiff/defendant-in-counterclaim denies same.

2.    The plaintiff/defendant-in-counterclaim admits the allegations contained in paragraph 2.

3. The plaintiff/defendant-in-counterclaim admits the allegations contained in paragraph 3.

4. The plaintiff/defendant-in-counterclaim admits the allegations contained in paragraph 5.

5. The plaintiff/defendant-in-counterclaim denies the allegations contained in paragraph 5.

6. The plaintiff/defendant-in-counterclaim denies the allegations contained in paragraph 6.

7. The plaintiff/defendant-in-counterclaim denies the allegations contained in paragraph 7.

8. The plaintiff/defendant-in-counterclaim denies the allegations contained in paragraph 8.

9. The plaintiff/defendant-in-counterclaim denies the allegations contained in paragraph 9.

WHEREFORE, plaintiff/defendant-in-counterclaim prays this Honorable Court dismiss Count I of defendant/plaintiff-in-counterclaim's Counterclaim together with costs and reasonable attorney's fees.

## COUNT II
(Bad faith)

10. Plaintiff/defendant-in-counterclaim realleges and reaffirms its responses to the allegations contained in paragraph 1 through 9 inclusive, as though fully set forth herein.

11. The plaintiff/defendant-in-counterclaim denies the allegations contained in paragraph 11.

WHEREFORE, plaintiff/defendant-in-counterclaim prays this Honorable Court dismiss Count II of defendant/plaintiff-in-counterclaim's Counterclaim together with costs and reasonable attorney's fees.

### AFFIRMATIVE DEFENSES

The plaintiff/defendant-in-counterclaim incorporates the following Affirmative Defenses into its Answer as follows:

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the plaintiff/defendant-in-counterclaim states that Counts I and II of the Counterclaim fail to state a cause of action upon which relief can be granted.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the plaintiff/defendant-in-counterclaim states that the Counterclaim of Eastern Yacht Sales, Inc. lacks standing to press the Counterclaim.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the plaintiff/defendant-in-counterclaim states that Counts I and II fail to state a claim upon which relief can be granted on the basis that the denial of coverage was pursuant to the terms and conditions of the policy of insurance.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the plaintiff/defendant-in-counterclaim states that this Honorable Court lacks subject matter jurisdiction

over the claim pursuant to M.G.L. c. 93A.

WHEREFORE, plaintiff/defendant-in-counterclaim prays this Honorable Court dismiss defendant/plaintiff-in-counterclaim's Counterclaim together with costs and reasonable attorney's fees.

**By its attorneys,**

**CLINTON & MUZYKA P.C.**

<u>"/s/ Robert E. Collins</u>
**Thomas J. Muzyka**
**BBO NO. 365540**
**Robert C. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  June 27, 2005