UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY**
       **Plaintiff,**

VS.

**EASTERN YACHT SALES, INC.,**
**EASTERN YACHT SALES OF RHODE ISLAND, Inc.,**
**ROBERT L. LUSSIER, and**
**RONALD LUSSIER**
       **Defendants.**

## JOINT PROPOSED SCHEDULING STATEMENT

Now come the parties, in the above-entitled action, by and through their undersigned attorneys and hereby submits their proposed Scheduling Statement.

**I.**    **SHORT STATEMENT OF THE CLIAM**

This matter involves a Complaint for Declaratory Judgement under an insurance policy covering Eastern Yacht Sales, Inc. and Eastern Yacht Sales of Rhode Island, Inc. (collectively "Eastern") with respect to claims brought against Eastern from a fire onboard the S/V PHOENIX, a vessel owned and operated by Defendants Robert L. Lussier and Ronald Lussier. The Lussiers' have brought suit in this court against the vessel manufacturer and Eastern Yacht Sales of Rhode Island, Inc., the seller of the vessel (Lussier v. Jeanneau et

al, Civil Action No. 04-11071-RCL.  Plaintiff, the insurer for Eastern, asserts that the suit is not covered under the policies due to the "finished product" exemption.  Defendant Eastern Yacht Sales of Rhode Island, Inc. asserts that there is coverage under the policy.

**II.  DISCOVERY PLAN**

- A.  All factual depositions to be completed by November 18, 2005.

- B.  Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before December 16, 2005.

- C.  Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before January 13, 2006.

- D.  All expert depositions to be completed by February 17, 2006.

- E.  Final Pretrial Conference to be scheduled after April 14, 2006.

**III. MOTION SCHEDULE**

In addition to the above, the parties propose the following motion schedule.

- A.  Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before October 14, 2005.

- B.  Dispositive Motions to be filed by March 17, 2006 with Oppositions filed within fourteen (14) days.

**IV.  CERTIFICATION**

The parties will separately file their Rule 16.1 certification.

**V.  TRIAL BY MAGISTRATE JUDGE**

Eastern accepts ADR at this time with respect to the Declaratory Judgment claim. Plaintiff does not consent to trial by a Magistrate Judge at this time.

**VI.  SETTLEMENT**

The plaintiff has not tendered a written demand as it does not seek monetary damages and instead seeks a Declaratory Judgment. Defendant maintains that Plaintiff has made no effort to settle this matter and has refused to defend Eastern in the litigation commenced by the Lussiers. Defendant maintains that Eastern has made a concerted effort to cooperate with the Plaintiff and has sought to resolve this matter at least by agreeing that the Plaintiff's defense of Eastern be subject to reservation of Plaintiff's rights.

**WHEREFORE**, the parties pray that this Honorable Court adopt the scheduled proposed herein.

By its attorneys,
**CLINTON & MUZYKA, P.C.**
**For Plaintiff**

"/s/ Robert E. Collins
**Thomas J. Muzyka**
**BBO NO. 365540**
**Robert C. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**Baker, Braverman & Barbadero**
**For Defendant Eastern**

3

                                                    **"/s/ William B. Golden**
                                                    **William B. Golden**
                                                    **BBO No. 198460**
                                                    50 Braintree Hill Park
                                                    Suite 108
                                                    Braintree, MA 02184

Dated: September 6, 2005