UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 05-10327-RCL

ONE BEACON AMERICA }
INSURANCE COMPANY }
    Plaintiff }
}
v. }
}
EASTERN YACHT SALES INC., }
EASTERN YACHT SALES OF RHODE }
ISLAND INC., ROBERT L. LUSSIER and }
RONALD LUSSIER }
    Defendants }
}

**SCHEDULING CONFERENCE MEMORANDUM**
**FILED BY DEFENDANTS LUSSIER ONLY**

    In response to the court's notice of scheduling conference dated June 14, 2005, as amended on July 20, 2005, setting the date for such conference on Wednesday, September 7, 2005 at 9:00 a.m. in Court Room 11 before USDJ Reginald C. Lindsay, defendants Lussier hereby file their separate memorandum in compliance with said orders.

1.    **Defendants Lussier Position.**

    In the related case of <u>Lussier v. Eastern Yacht Sales Inc. CA No. 04-CV-11071 RCL,</u> plaintiffs Lussier, as buyers/owners of the S/V Phoenix have filed suit against the boat dealer, the importer, and the factory which designed and built the vessel to recover the value of the boat on or about December 4, 2003, when it was substantially damaged by an on-board fire caused by a manufacturing defect at the point of its manufacture and/or at the points of its "fit up" prior to delivery of the boat to plaintiffs Lussier, as a

result of negligence and/or breach of warranties. Plaintiffs Lussier are not responsible for having caused the fire on the vessel.

Here, the insurer for the boat dealer seeks declaratory relief that it has no duty to defend or indemnify its insured under a certain marine insurance policy in connection with claims made by the Lussiers. However, the insurer does not make reference to any particular section of the insurance policy which negate its duties to its insured in the related case.

2. **Defendants Lussier Proposed Discovery Schedule.**

All discovery, including depositions, ought to be completed by December 31, 2005.

3. **Defendants Lussier Proposed Schedule for Filing Dispostive Motions.**

Dispositive motions ought to be served and filed in court by January 31, 2006 and responses served and filed in court by February 28, 2006.

4. **Certification.**

The undersigned attorney, on behalf of defendants' Lussier, certifies that he has conferred with his clients for the purposes of establishing a budget for the cost of litigating this case through trial; and to discuss alternative dispute resolution programs such as are outlined in LR 16.4

Defendants Lussier are amenable to ADR.

5. Defendants Lussier have asked to be furnished with plaintiff and co-defendant's scheduling memos, but this has not occurred. Additionally, neither the plaintiff nor the co-defendant has contacted the undersigned counsel to confer on scheduling issues, settlement, or whether trial by a magistrate judge would be appropriate in this case.

Defendants' Lussier
By their attorney

_____
Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

Dated: August 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendants Lussier Scheduling Conference Memorandum was served upon counsel of record for the parties at the following addresses in the following manner this 31st day of August 2005.

OneBeacon America Insurance Company

Robert E. Collins, Esq.
Thomas J. Muzyka, Esq.
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

Eastern Yacht Sales Inc. and Eastern Yacht Sales of Rhode Island Inc.

By First Class Mail:

William B. Golden, Esq., BBO #198460
Baker Braverman & Barbadoro PC
50 Braintree Hill Park, Suite 108
Braintree, MA 02184

_____
Robert G. Cohen, Esq. BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035