UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                              CIVIL ACTION
                                                                              NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY,**
      **Plaintiff,**

    **VS.**

**EASTERN YACHT SALES, INC.,**
**EASTERN YACHT SALES OF RHODE ISLAND, INC.,**
**ROBERT L. LUSSIER, and**
**RONALD LUSSIER,**
      **Defendants.**

<u>**PLAINTIFF, ONEBEACON AMERICA INSURANCE COMPANY'S,**</u>
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

    Now comes the plaintiff, OneBeacon America Insurance Company (hereinafter referred to as "OneBeacon" or Plaintiff), in the above-entitled action, by and through its undersigned attorneys, and moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure, that this Court enter an Order granting Summary Judgment in its favor on all Counts of the Plaintiff's Complaint and Defendant Eastern Yacht Sales of Rhode Island, Inc.'s Counterclaims.

    The uncontroverted evidence shows that there is no duty to defend or indemnify Defendant Eastern Yachts Sales, Inc. and/or Eastern Yacht Sales of Rhode Island, Inc. (hereinafter referred to as "Eastern Yacht Sales")

2

for the alleged liability of Eastern Yacht Sales in the matter brought by Robert L. Lussier and Ronald Lussier pending in this Honorable Court and assigned Docket No. 04-CV-11071-RCL.  In that suit, the Lussier's claim damages as a result of a fire onboard a sailing vessel sold by Eastern Yacht Sales of Rhode Island, Inc.

In support of its Motion for Summary Judgment, Plaintiff relies upon its Memorandum of Law, as well as the attached exhibits.

**WHEREFORE**, Plaintiff One Beacon America Insurance Company prays this Honorable Court enter Summary Judgment in its favor on all Counts alleged in the Plaintiff's Complaint Defendant Eastern Yacht Sales, Inc.'s Counterclaims and declare that as a matter of law there is no duty to defend or indemnify Eastern Yacht Sales, Inc. and/or Eastern Yacht Sales of Rhode Island, Inc. in the suit brought by Robert L. Lussier and Ronald Lussier.

Respectfully submitted,

**CLINTON & MUZYKA, P.C.**

<u>"/s/ Robert E. Collins</u>
**Robert E. Collins
BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  April 14, 2006