UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY,**
      **Plaintiff,**

   VS.

**EASTERN YACHT SALES, INC.,**
**EASTERN YACHT SALES OF RHODE ISLAND, INC.,**
**ROBERT L. LUSSIER, and**
**RONALD LUSSIER,**
      **Defendants.**

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Boston, MA                                                  April 27, 2006

    I, Robert E. Collins, hereby certify that I conferred with defendants' counsel regarding the Motion for Summary Judgment and attempted in good faith to resolve or narrow this issue, but were unable to reach an agreement.

                                                                 _"/s/ Robert E. Collins"
                                                                 Robert E. Collins
                                                                 BBO NO. 555843
                                                                 Attorney for Plaintiff
                                                                 CLINTON & MUZYKA, P.C.
                                                                 One Washington Mall
                                                                 Suite 1400
                                                                 Boston, MA  02108
                                                                 (617) 723-9165