UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10327-RCL

**ONEBEACON AMERICA INSURANCE COMPANY**
        **Plaintiff,**

vs.

**EASTERN YACHT SALES, INC.,
EASTERN YACHT SALES OF RHODE ISLAND, INC.,
ROBERT L. LUSSIER and
RONALD LUSSIER**
        **Defendants.**

**DEFENDANTS' ASSENTED TO MOTION FOR AN EXTENSION
OF TIME IN WHICH TO FILE THEIR OPPOSITION TO
PLAINTIFF, ONEBEACON AMERICA INSURANCE
COMPANY'S, MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, Robert L. Lussier and Ronald Lussier, and moves this Honorable Court for an extension of time in which to file an opposition to Plaintiff, OneBeacon America Insurance Company's, Motion for Summary Judgment.

Plaintiff's counsel has assented to the motion.

**WHEREFORE**, the defendants pray this Honorable Court grant an extension of time in which to file its opposition to Plaintiff, OneBeacon America Insurance Company's, Motion for Summary Judgment.

2

By their attorneys,


"/s/Robert G. Cohen"____
**Robert G. Cohen**
**BBO No: 090340**
188 Oaks Road
Framingham, MA  01702
(508) 875-0035

**ASSENTED TO:**


"/s/ Robert E. Collins"
**Robert C. Collins**
**BBO NO. 555843**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  May 11, 2006